**No. 55352.**—J. W. Hampton, Jr., & Co. of Phila. *v.* United States, protest 154912–K (Philadelphia).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55353.**—S. Jackson & Son, Inc. *v.* United States, protest 162905–K/13051 (New Orleans).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55354.**—New York Merchandise Co., Inc. *v.* United States, protest 164610–K (Los Angeles).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55355.**—B. A. Ittmann *v.* United States, protest 165023–K/13034 (New Orleans).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, MARCH 15, 1951

**No. 55356.**—Sun Kwong On Co. et al. *v.* United States, protests 86869–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55357.**—Kwong Mee Yuen et al. *v.* United States, protests 142113–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55358.**—Chuck Sun Co. et al. *v.* United States, protests 167610–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 15, 1951

**No. 55359.**—John N. Germack *v.* United States, protest 72507–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.